Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE ROBERTS and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Alexander C. Bocz, pro se. Mr. Henry E. Bodman* for Hupp Motor Car Corp., and *Mr. Wilbur M. Brucker* for the Packard Motor Car Co.,—respondents.

No. 203. CLAIMANTS FOR BENEFITS UNDER THE MICHIGAN UNEMPLOYMENT COMPENSATION ACT *v.* CHRYSLER CORPORATION ET AL. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Michigan denied. MR. JUSTICE ROBERTS and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Lee Pressman* for petitioners. *Messrs. Harry C. Bulkley, John G. Garlinghouse,* and *Nicholas Kelley* for respondents.

No. 270. EACHO, TRUSTEE, *v.* STONE, TRUSTEE, ET AL. October 12, 1942. The motion to consider the petition for writ of certiorari upon appendices to the brief in the Circuit Court of Appeals is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. Hugh Rudd* for petitioner. *Mr. Nathan Bilder* for respondents.

No. 328. ESTATE OF FISKE *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Mr John A. Reed* for petitioner. *Solicitor General Fahy, As-*

*sistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Newton K. Fox* for respondent.

No. 367. NEAL *v.* LYKES BROS. RIPLEY STEAMSHIP Co., INC. October 12, 1942. The motion to proceed on the typewritten record is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Alex. W. Swords* for petitioner. *Mr. Walter Carroll* for respondent.

No. 88. NEBO OIL Co., A TRUST, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. George M. Green* and *T. Murray Robinson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Benjamin M. Brodsky* for respondent.

No. 90. RODEN COAL Co., INC. *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Court of Claims denied. *Mr. John Jay McKelvey* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 91. ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA *v.* WIGGINTON. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Richard T. Rector* for petitioner. *Mr. Richard R. McGinnis* for respondent.